THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANNON CARRASCO and LAURIE LEBRON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARIZONA BEVERAGES USA LLC,<br><br>Defendant. | Civil Action No. 2:24-cv-08786-JS-ST<br><br>FILED<br>CLERK<br><br>10:32 am, Jan 20, 2026<br><br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>LONG ISLAND OFFICE |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the within action is hereby dismissed with prejudice, without costs and without attorneys' fees to any party.

Dated: January 16, 2026

_____
Spencer Sheehan, Esq.

Sheehan & Associates P.C.
60 Cuttermill Road, Suite 412
Great Neck, New York 11021
Telephone No.: (516) 268-7080
spencer@spencersheehan.com
Attorneys for Plaintiffs

SO ORDERED this
20th day of January 2026
in Central Islip, New York.

/s/ JOANNA SEYBERT
JOANNA SEYBERT
U.S. DISTRICT JUDGE, E.D.N.Y.

_____
Robert P. Donovan, Esq. (admitted *Pro Hac Vice*)

STEVENS & LEE
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone No.: (201) 857-6778
Robert.donovan@stevenslee.com
Attorneys for Defendant

01/12/2026 SL1 3965809v1 115260.00019